IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE TRAVELERS HOME AND MARINE INSURANCE COMPANY AS SUBROGEE OF ANDREW AND FAYE SULLIVAN  :<br><br>Plaintiff<br>v.<br><br>OMEGA FLEX, INC.<br><br>AND<br><br>SCULLY PROPANE SERVICE | CIVIL ACTION<br><br>No.: 12-CV-201 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff THE TRAVELERS HOME AND MARINE INSURANCE COMPANY as subrogee of Andrew and Faye Sullivan and Defendants Omega Flex, Inc. and Scully Propane Service by and through their respective attorneys of record, hereby stipulate and agree that all claims and issues in the above entitled suit have been fully compromised and settled and that the suit shall be dismissed in its entirety with prejudice, each party to bear its own costs and attorneys fees.

Respectfully submitted,

LAW OFFICES OF ROBERT A. STUTMAN, P.C.

*[signature]*

Jared L. Elster, Esquire
20 East Taunton Road
Suite 403
Berlin, NJ 08009
Phone No: (856) 767-6800 ext. 25
Fax No: (856) 767-6810
ElsterJ@Stutmanlaw.com
*Attorneys for Plaintiff, The Travelers Home and Marine Insurance Company*

CAMPBELL, CAMPBELL, EDWARDS & CONROY, P.C.

*[signature]*

Lynne O'Brien, Esquire
1205 Westlakes Drive
Suite 330
Berwyn, PA 19312
Phone No: (610) 727-5027
Fax No: (610) 964-1981
lobrien@campbell-trial-lawyers.com
*Attorneys for Defendant Omega Flex, Inc.*

MCCOY LAW GROUP, S.C.

*John McCoy w/ permission*

John V. McCoy, Esquire
Michael D. Aiken, Esquire
Riverwood Corporate Center III
N19 W24200 Riverwood Drive, Suite 125
Waukesha, WI 53188
Phone No: (262)522-7000
Fax No: (262)552-7020
jmccoy@mccoylawgroup.us
*Attorneys for Scully Propane Service*